## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| DOMINIC S. ALI, | ) |
| Petitioner, | ) |
| v. | ) Case Number: 4:14-cv-01618-AKK-JHE |
| ERIC HOLDER, JR. et al., | ) |
| Respondents. | ) |

### NOTICE OF DEFICIENT PLEADING

Petitioner's pleading is deficient for the reason indicated below.  Petitioner must correct the deficient pleading within thirty (30) days from the entry date of this order.

> The petitioner failed to file an application to proceed *in forma pauperis* or to pay the filing fee of $5.00.  The petitioner must either file an application to proceed *in forma pauperis* or pay the filing fee of $5.00.  An application to proceed *in forma pauperis* must be verified by an authorized officer of the institution and must be accompanied by a certified copy of prison account statements for the last six months.

Petitioner has notified the court he intends to pay the filing fee upon receiving his case number.  **Nevertheless, if the petitioner fails to correct the deficient pleading in compliance with this notice within thirty (30) days from the entry date of this notice, the court will dismiss this case for want of prosecution.  Fed. R. Civ. P. 41(b).**

The Clerk is DIRECTED to serve a copy of this notice upon Petitioner.

DONE this 21st day of August 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

**FOR USE BY INCARCERATED PERSONS**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

DOMINIC S. ALI                                CASE NUMBER 4:14-cv-01618-AKK-JHE

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1.  Your full name: _____

    Present mailing address: _____

2.  Are you presently employed?        Yes _____         No _____
    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    _____

    _____

    Monthly earnings: $_____

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    _____

    _____

    Date last worked: _____

    Monthly earnings: $_____

3.  Have you received within the past twelve months any money from any of the following sources?

    (a)  Business, profession, or any form of self-employment?     Yes ____    No _____
    (b)  Interest, dividends, rents, or investment income of any kind?   Yes ____   No _____
    (c)  Pensions, annuities, or life insurance payments?          Yes ____    No _____
    (d)  Gifts or inheritances?                                    Yes ____    No _____
    (e)  Any other sources?                                        Yes _____   No _____

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $_____

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?        Yes _____    No _____
   If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____
_____
_____

**I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

**Dated:** _____          _____
                                                                    **SIGNATURE OF PETITIONER**

## ✦✦✦ <u>IMPORTANT NOTICE</u> ✦✦✦

**Your application to proceed** *in forma pauperis* **is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the page entitled "INFORMATION REGARDING PRISONER ACCOUNTS" is properly completed and certified.**

# INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, § 804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

# CERTIFICATION

I hereby certify that prisoner _____ has been incarcerated in this institution since _____, _____, and that he has the sum of $ _____ in his prison or jail trust account on this the \_\_\_\_\_ day of _____. I further certify that the information provided below is true and correct.

| Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|
| Month 1 | _____ | _____ |
| Month 2 | _____ | _____ |
| Month 3 | _____ | _____ |
| Month 4 | _____ | _____ |
| Month 5 | _____ | _____ |
| Month 6 | _____ | _____ |
| Current month (If less than full month) | _____ | _____ |

_____
Signature of Authorized Officer of Institution

_____
Name of Institution