# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DOMINIC S. ALI, | ) |
| Petitioner, | ) |
| v. | ) Case Number: 4:14-cv-01618-AKK-JHE |
| ERIC HOLDER, JR., et al., | ) |
| Respondents. | ) |

## SHOW CAUSE ORDER

Petitioner Dominic S. Ali ("Ali") has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  Petitioner is presently confined in the Etowah County Detention Center in Gadsden, Alabama.  Petitioner has paid the $5.00 filing fee.

Accordingly, it is ORDERED that Respondent appear and show cause in writing within thirty (30) days, why the relief requested by Petitioner should not be granted.  In the response, Respondent should include a thorough discussion of all matters of fact and law relating to each of the issues or grounds raised by Petitioner.  In the event Respondent contends Petitioner is required to exhaust administrative remedies but has not done so, the exhaustion issues should also be thoroughly discussed in the response to this order.

The Clerk is DIRECTED to furnish the respondents and the United States Attorney for the Northern District of Alabama with a copy of this order, along with a copy of the petition for a writ of habeas corpus.

2

DONE this 3rd day of September 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE