# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| DOMINIC S. ALI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: 4:14-cv-01618-AKK-JHE |
| ) | |
| ERIC HOLDER, JR. et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

Petitioner Dominic S. Ali ("Petitioner" or "Ali)" has filed a document styled "Motion to Expedite Petition for Habeas Corpus Relief from Immigration Detention."  (Doc. 9). Although presented as a motion to expedite, Ali requests the court grant his habeas petition for reasons previously advanced in his petition and traverse.   (Docs. 1 & 8).

To the extent Ali seeks an expedited ruling on his petition, the motion is **GRANTED** and the undersigned will enter a report and recommendation as soon as practicable.  The undersigned offers no recommendation or ruling on Ali's habeas petition at this time.

The Clerk is **DIRECTED** to **TERM** document 9.

DONE this 12th day of November 2014.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE