# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DOMINIC S. ALI, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 4:14-cv-01618-AKK-JHE |
| | ) |
| ERIC HOLDER, JR. et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

In accordance with the Memorandum Opinion contemporaneously filed herewith, it is hereby

**ORDERED** that the petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE**.

Costs are taxed to the petitioner.

**DONE** this 27th day of January 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE